| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:21-cr-00167-DAD |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| vs. | ) **APPOINTING COUNSEL** |
| ERIK ACEVEDO-CRUZ, | ) |
| Defendant, | ) |

Defendant, Erik Acevedo-Cruz, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Acevedo-Cruz submits the attached Financial Affidavit as evidence of his inability to retain counsel. On July 7, 2021, a Petition for Violation of Probation was filed and an initial appearance is scheduled on July 13, 2021.

After reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed to represent Mr. Acevedo-Cruz on his pending violation petition.

DATED: July 12, 2021          */s/ Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE