HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ERIK ACEVEDO-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK ACEVEDO-CRUZ,<br><br>Defendant. | Case No. 1:21-cr-00167 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date:  September 20, 2021<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for September 7, 2021 may be continued to September 20, 2021, or the soonest time thereafter convenient to the court.

On July 13, 2021 Mr. Acevedo-Cruz admitted violating probation in this matter. Thereafter, on July 19, 2021, a second Probation 12C Petition was filed, alleging another violation of probation. On August 2, 2021 Acevedo-Cruz admitted this violation and sentencing on both petitions was scheduled for September 7, 2021. Due to an unanticipated conflict for defense counsel, Mr. Acevedo-Cruz is requesting that sentencing be continued to September 20, 2021, or the soonest date thereafter convenient to the court. USPO Molly McSorley does not object to this continuance.

///

Because this is a violation of supervised release an exclusion of time is not necessary. However, out of an abundance of caution the parties agree the delay resulting from this request may be excluded in the interests of justice, for effective defense investigation and preparation, and for availability of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  September 1, 2021         By    */s/ Alexandre Dempsey*
                                        ALEXANDRE DEMPSEY
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  September 1, 2021         By    */s/ Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ERIK ACEVEDO-CRUZ

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to September 20, 2021 at 9:00am.

IT IS SO ORDERED.

Dated:  __**September 1, 2021**__

UNITED STATES DISTRICT JUDGE